

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ISAAC L. SMITH  
Plaintiff                                    3:03CV00471(DJS)

V.

JONE E. POTTER, POSTMASTER  
GENERAL, UNITED STAES POSTAL  
SERVICE  
Defendant                                    October 20th,2003

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE REPORTS FROM PLINTIFF'S EXPERTS

The Plaintiff pursuant to Local Federal Rules Of Civil Procedure 9 (c) hereby requests an extension of time to comply with the courts order ordering the plaintiff to file by September 17th, 2003 reports from plaintiffs experts pursuant to Rule 26 (f).

The plaintiff requests that this court grant a 30-day extension for the plaintiff to comply with courts order. I spoke with one of the experts who expected to deliver his report within the next 14-days.

The plaintiff on October 18th,2003 at 2:25pm am called Assistant U.S. Attorney Carolyn A. Ikari and she had no objection to the above captioned motion.

Wherefore the plaintiff respectfully request that the court grant's this motion.

X _____

Issac L. Smith (Pro-Se) Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ISAAC L. SMITH  
Plaintiff

3:03CV00471 (DJS)

V.

JONE E. POTTER, POSTMATER  
GENERAL, UNITED STAES POSTAL  
SERVICE  
Defendant

October 20th, 2003

## CERTIFICATION OF SERVICE

I Issac L. Smith do certify that I caused a copy of this notice and the foregoing "PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE REPORTS FROM PLINTIFF'S EXPERTSI to be HAND DELIVERED (via) United States Postal Service certified mail #70022410000092652563 on October 20th, 2003 to:

JOHN E. POTTER, POSTMASTER  
GENERAL OF THE UNITED STATES ATTORNEY  
C/O CAROLYN A. IKARI  
ASSISTANT U.S. ATTORNEY  
450 Main Street, room 328  
Hartford, Connecticut 06103

X _____  
Issac L. Smith (Pro-Se) Plaintiff