UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAAC L. SMITH<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv471(DJS) |
| JONE E. POTTER, POSTMASTER<br>GENERAL, UNITED STATES POSTAL<br>SERVICE<br>    Defendant | : |

## ORDER

The Plaintiff's Motion for Extension of Time to File Reports From Plaintiff's Experts (Doc. #13) is hereby **GRANTED in part to and including December 5, 2003.**

There will be no further extensions of time granted.

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this _____ day of November, 2003.


                            /s/DJS_____
                            Dominic J. Squatrito
                            United States District Judge