UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISAAC L. SMITH, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV00471(DJS) |
| v. | : | |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES, | : | |
| Defendant. | : | NOVEMBER 24, 2003 |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant respectfully moves for judgment on the pleadings. In support of this motion, Defendant submits the accompanying memorandum of law and statement of facts not in dispute (Local Rule 56(a)1 Statement). **The Plaintiff is advised that the accompanying Notice To <u>Pro</u> <u>Se</u> Plaintiff contains important instructions and notices relating to this motion.**

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

**ORAL ARGUMENT IS NOT REQUESTED**

**ORAL ARGUMENT IS NOT REQUESTED**

Of Counsel:

Joseph P. Sassi
Attorney
United States Postal Service
8 Griffin Road North
Windsor, Connecticut 06006-0170

**CERTIFICATION OF SERVICE**

     I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 24th day of November, 2003, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516


_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY