```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT


ISAAC L. SMITH,                  :

            Plaintiff,           :   CIVIL NO. 3:03CV00471(DJS)
      v.
                                 :
JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES,    :

            Defendant.           :   NOVEMBER 24, 2003
```

### NOTICE TO *PRO SE* PLAINTIFF

Today the defendant filed a motion for judgment on the pleadings. This motion may be converted to a motion for summary judgment, if the Court decides that is appropriate. Since you have appeared pro se (without an attorney), the Defendant is required to give you notice of the nature of summary judgment and the consequences of failing to respond to the motion for summary judgment.

Accordingly, you are hereby notified that if you fail to file an opposing memorandum of law, the Court will accept as true all factual assertions made by the defendant in support of its motion for summary judgment. If you wish to file an opposing memorandum of law, you will also need to submit your own affidavit(s) and other documentary evidence contradicting what the defendant has said. If you submit a supporting affidavit(s), it must be based upon personal knowledge and set forth facts that are admissible in evidence. You must also show that the person

making the affidavit is competent to testify.  You may also support your affidavit(s) or contradict the Government with depositions, answers to interrogatories or further affidavits.

When a motion for summary judgment is filed, it is not enough for you to rely on what you have previously filed instead of filing an opposing memorandum of law.

If you intend to file an opposing memorandum of law, please be advised that your memorandum must be filed within 21 days of when the defendant filed its motion for summary judgment.  Otherwise, your failure to file within 21 days may be deemed sufficient cause to grant the motion for summary judgment.  D. Conn. L. Civ. R. 7(a)1.  Where service of the motion for summary judgment is by mail, "3 days shall be added to the prescribed period."  Fed. R. Civ. P. 6(e).  The last day of the time period so computed is not included if it is a Saturday, Sunday, or legal holiday.  Fed. R. Civ. P. 6(a).

If you have any questions regarding the procedure for filing a memorandum of law, you should contact the Clerk of Court.  Please note, however, that the Clerk of Court can not give you any legal advice.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CAROLYN A. IKARI
    ASSISTANT U.S. ATTORNEY
    450 Main Street, Room 328

```
                                Hartford, Connecticut  06103
                                (860) 947-1101
                                Federal Bar No. ct13437
```

Of Counsel:
Joseph P. Sassi
Attorney
United States Postal Service
8 Griffin Road North
Windsor, Connecticut 06006-0170

**<u>CERTIFICATION OF SERVICE</u>**

    I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 24th day of November, 2003, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516


_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY