UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ISAAC L. SMITH,                    :

              Plaintiff,      :    CIVIL NO. 3:03CV00471(DJS)

     v.

                            :

JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES, :

              Defendant.      :    NOVEMBER 24, 2003

## LOCAL RULE 56(a)1 STATEMENT

Pursuant to Local Rule of Civil Procedure 56(a)1, the defendant submits this Statement of Material Facts Not In Dispute.

1.   Plaintiff admits his condition was temporary.  Sworn EEO Affidavit of Isaac Smith, dated May 19, 2001 (EXHIBIT C), ¶ 2.

2.   Plaintiff admits he did not request reasonable accommodation for his condition.   EXHIBIT C, ¶¶ 3, 4.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 24TH day of November, 2003, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY