UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ISAAC L. SMITH,                 :
            Plaintiff,          :   CIVIL NO. 3:03CV00471(DJS)
     v.                         :
JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES,   :
            Defendant.          :   DECEMBER 5, 2003
```

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLETE DISCOVERY**

Defendant Postmaster General respectfully requests an initial extension of forty-four (44) days, up to and including January 30, 2004, to complete discovery. The defendant also requests a corresponding extension of time to March 13, 2004, to file a dispositive motion. In support of this motion, the defendant represents as follows:

1.   This is a Title VII action arising from alleged racial discrimination when the plaintiff was terminated from his probationary employment with the United States Postal Service.

2.   After attempts to confer with the plaintiff pro se were unsuccessful, Defendant unilaterally filed a 26(f) report on June 27, 2003, and the original scheduling order was issued by the Court thereafter. At present, discovery ends December 17, 2003 and dispositive motions are due January 16, 2004.

**ORAL ARGUMENT IS NOT REQUESTED**

3. The defendant has already filed a motion for judgment on the pleadings that is directed to the entirety of the Complaint.

4. I work a 3/5 part-time schedule. Due to expert discovery and motion practice in other cases, I am not available to depose the plaintiff by the discovery cutoff.

5. On November 26, 2003, Plaintiff, who is proceeding pro se, filed a Form 26(f) which requested a discovery cutoff of January 8, 2004. Plaintiff's Form 26(f), ¶ V.F.2. Thus, it appears that Plaintiff does not have a problem with continuing discovery past the current cutoff.

6. In a different filing, also dated November 26, 2003, Plaintiff identified two persons who he intends to call as expert witnesses, although no area of expertise is identified and no report was produced. These disclosures come three weeks before the end of discovery. Defendant requires additional time to find out who these witnesses are, determine whether they are experts within the meaning of the Federal Rules, and conduct appropriate discovery.

7. Finally, Defendant's counsel is hoping to provide the law intern in the U.S. Attorney's Office, Kevin Ahern, the opportunity to conduct Plaintiff's deposition, but Mr. Ahern is not available in December due to law school exams.

8. For the foregoing reasons, additional time is needed to complete discovery.

9.  This is the first motion for extension of the discovery deadline.

10. I exchanged messages with the plaintiff and he does not object to this request.

WHEREFORE Defendant Postmaster General respectfully requests an initial extension of forty-four (44) days, up to and including January 30, 2004, to complete discovery. The defendant also requests a corresponding extension of time to March 13, 2004, to file a dispositive motion.

                                      Respectfully submitted,

                                      KEVIN J. O'CONNOR
                                      UNITED STATES ATTORNEY


                                      CAROLYN A. IKARI
                                      ASSISTANT U.S. ATTORNEY
                                      450 Main Street, Room 328
                                      Hartford, Connecticut  06103
                                      (860) 947-1101
                                      Fed. Bar No. ct13437

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 5th day of December, 2003, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516


                                      _____
                                      CAROLYN A. IKARI
                                      ASSISTANT UNITED STATES ATTORNEY