# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**ISAAC L. SMITH**                                    3:03CV471(DJS)
**Plaintiff**

**V.**

**JONE E. POTTER, POSTMASTER**
**GENERAL, UNITED STAES POSTAL**
**SERVICE**
**Defendant**                                    Dec, 5th,2003

## PLAINTIFF'S COMPLIANCE WITH COURTS ORDER OF
## REPORTS FROM PLINTIFF'S EXPERTS

The Plaintiff pursuant to Local Federal Rules Of Civil Procedure 26 (3)(A)(B)(C)

hereby files this due by December 5th, 2003 a copy (marked exhibit a attached hereto and

by this reference made a part hereof) is the order of the court extending the deadline until

today the is the report of an expert witness expected to testify a copy (marked exhibit b

attached hereto and by this reference made a part hereof) to file by September 17th, 2003

reports from plaintiffs experts pursuant to Rule 26 (f).

The plaintiff requests that this court grant a 30-day extension for the plaintiff to

comply with courts order.   The plaintiff on December 5th,2003 at 1:25pm am 00pm

spoke to Assistant U.S. Attorney  Carolyn A. Ikari who wanted to know weather or not I

objected to an extension of time to seek discovery I stated on the answering machine that

I do not object to such.

X _____
Isaac L. Smith (Pro-Se)  Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**ISAAC L. SMITH**                                    3:03CV471 (DJS)
**Plaintiff**


**V.**


**JONE E. POTTER, POSTMATER**
**GENERAL, UNITED STAES POSTAL**
**SERVICE**
**Defendant**                                        December 5th,2003


# CERTIFICATION OF SERVICE

I, Isaac L. Smith do certify that I caused a copy of this notice and the foregoing **"PLAINTIFF'S COMPLIANCE WITH COURTS ORDER OF REPORTS FROM PLINTIFF'S EXPERTS"** to be hand delivered on December 5th,2003 to:

C/O CAROLYN A. IKARI
JOHN E. POTTER, POSTMASTER
GENERAL  OF THE UNITED STATES ATTORNEY

ASSISTANT U.S. ATTORNEY
450 Main Street, room 328
Hartford, Connecticut 06103


X _Isaac L. Smith_
Isaac L. Smith (Pro-Se) Plaintiff

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

ISAAC L. SMITH,                          :
    **Plaintiff**

2003 NOV 24  P 4: 05

    **v.**                          : CIVIL NO.: 3:03cv471(DJS)

US DISTRICT COURT
HARTFORD CT

JONE E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE                          :
    **Defendant**

### ORDER

The Plaintiff's Motion for Extension of Time to File Reports From Plaintiff's

Experts (Doc. #13) is hereby **GRANTED in part to and including December 5, 2003.**

There will be no further extensions of time granted.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this 21st day of November, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge

## EXHIBIT B



# NATIONAL ASSOCIATION OF LETTER CARRIERS

NUTMEG BRANCH 19 23 BROCK STREET, UNIT B2, NORTH HAVEN, CT. 06473
Telephone: (203) 777-NALC (6252)              Fax: (203) 777-4178

**CHARLES B. PAGE**
**PRESIDENT**


December 2, 2003

To Whom It May Concern;

I have been the president of the National Association of Letter Carriers, Branch 19, for
the past four (4) years.  Branch 19 represents all of the Letter Carriers in New Haven and
the surrounding towns, plus Branford, Guilford, Clinton, Deep River, North Haven,
Cheshire and Wallingford with approximately 600 active members.  Prior to 4 years ago,
I was the vice-president for thirteen (13) years and I worked as the Regional
Administrative Assistant for the New England Region for approximately three (3) years.

The Postal Service has the right to terminate employees during their probationary period
without having just cause.  It has been my experience that the Postal Service has utilized
this right in the offices represented by Branch 19 to terminate probationary employees
who have had accidents, either industrial or motor vehicle, during their first 89 days on
the job.


Sincerely,

Charles B. Page, President
NALC, Branch 19


**AFFILIATED WITH AFL-CIO CENTRAL AND STATE LABOR COUNCILS**