**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ISAAC L. SMITH**<br>     **Plaintiff** | : |
| **v.** | : **CIVIL NO.: 3:03cv471(DJS)** |
| **JONE E. POTTER, POSTMASTER**<br>**GENERAL, UNITED STATES POSTAL**<br>**SERVICE**<br>     **Defendant** | : |

**ORDER**

The Uopposed Motion for Extension of Time to Complete Discovery (Doc. #18) is

hereby **GRANTED.**  Discovery shall be completed on **January 30, 2004**. Dispositive

motions shall be filed by **March 13, 2004** and if no dispositive motions are filed, the parties

shall file their joint trial memorandum by **April 13, 2004**. This case shall be trial ready **May,**

**2004.**

     **IT IS SO ORDERED**.

     Dated at Hartford, Connecticut, this __26th___ day of January, 2004

                              /s/DJS
                              Dominic J. Squatrito
                              United States District Judge