UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISAAC L. SMITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 3:03CV471(DJS) |
| | : | |
| JOHN E. POTTER, POSTMASTER | : | |
| GENERAL OF THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE TO PRO SE LITIGANT

On November 24, 2003, the defendant filed a motion for judgment on the pleadings or, in the alternative, for summary judgment in this action.  Plaintiff has failed to file opposition papers to this motion within 21 days, as required under Rule 7(a) of the Local Rules of Civil Procedure for the District of Connecticut.  The court hereby gives express notice to the pro se plaintiff that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," D. Conn. L.R. Civ. 7(a), and that if no opposition is filed on or before **February 23, 2004,** defendant's motion may be granted and complaint may be dismissed without a trial.

So ordered this 26th day of January, 2004.

/s/DJS

_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE