UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISAAC L. SMITH, | : | |
|     Plaintiff, | : | CIVIL NO. 3:03CV00471(DJS) |
|   v. | : | |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES, | : | |
|     Defendant. | : | JANUARY 29, 2004 |

### MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Defendant Postmaster General respectfully requests an extension of forty-four (44) days, up to and including March 15, 2003, to complete discovery. The defendant also requests a corresponding extension of time to April 26, 2004, to file a dispositive motion. In support of this motion, the defendant represents as follows:

    1.  This is a Title VII action arising from alleged racial discrimination when the plaintiff was terminated from his probationary employment with the United States Postal Service.

    2.  After attempts to confer with the plaintiff pro se were unsuccessful, Defendant unilaterally filed a 26(f) report on June 27, 2003, and the original scheduling order was issued by the Court thereafter. Defendant then requested an extension of discovery through January 30, 2004, which the court granted. At present, discovery ends January 30, 2004 and dispositive motions

**ORAL ARGUMENT IS NOT REQUESTED**

are due March 13, 2004.

    3.    The defendant has already filed a motion for judgment on the pleadings that is directed to the entirety of the Complaint.

    4.    Attempts to depose the Plaintiff pro se have been unsuccessful. Defendant noticed Plaintiff's deposition for January 12, 2004. On January 8, 2004 Plaintiff gave written notice to Defendant that Plaintiff had a family emergency and would be out of Connecticut for several weeks. Plaintiff informed Defendant in his notice that he would contact Defendant after February 13, 2004, two weeks after the close of discovery, to reschedule the deposition. See Plaintiff's Response To Defendant's Notice of Deposition, copy attached.[1] Due to Defendant's extended absence, we are unable to schedule a deposition by the discovery cutoff.

    5.    For the foregoing reasons, additional time is needed to complete discovery.

    6.    This is the second motion for extension of the discovery deadline.

WHEREFORE Defendant Postmaster General respectfully requests an extension of forty-four (45) days, up to and including March 15 2004, to complete discovery. The defendant also requests a

---

[1] Defendant mistakenly thought Plaintiff had filed this response with the Clerk. Although Defendant's service copy of the response bears the Clerk's "FILED" stamp dated January 8, 2004, no entry appears on PACER.

-2-

corresponding extension of time to April 26, 2004, to file a dispositive motion.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        CAROLYN A. IKARI
                                        ASSISTANT U.S. ATTORNEY
                                        450 Main Street, Room 328
                                        Hartford, Connecticut  06103
                                        (860) 947-1101
                                        Fed. Bar No. ct13437

                                        KEVIN AHERN
                                        LAW STUDENT INTERN
                                        450 Main Street, Room 328
                                        Hartford, Connecticut  06103
                                        (860) 947-1101

**CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 29th day of January, 2004, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516

                                        _____
                                        CAROLYN A. IKARI
                                        ASSISTANT UNITED STATES ATTORNEY