# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ISAAC L. SMITH                                3:03CV00471(DJS)
Plaintiff

V.

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STAES POSTAL
SERVICE
Defendant                                     January 8th, 2004

## PLAINTIFF'S RESPONSE TO
## DEFENDANT'S NOTICE OF DEPOSITION

The Plaintiff hereby responds to the defendant's NOTICE OF DEPOSITION that the Plaintiff received on this 8th, day of January, 2004 the notification is regarding a January 12th, 2004 Deposition hearing a copy is (marked exhibits a ,b attached hereto and by this reference made a part hereof). I will be unavailable from the 10th of January 2004 due to a family emergency that will take me out of the state of Connecticut for several weeks. By February the 13th, 2004 the Plaintiff will contact opposing counsel in writing so that a time that is acceptable to both parties can be reached.

X _Isaac L. Smith_

Isaac L. Smith (Pro-Se) Plaintiff
40-Sycaway ST.
West Haven CT. 06516
203-387-7806

ATTACHMENT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**ISAAC L. SMITH**　　　　　　　　　　3:03CV00471 (DJS)
**Plaintiff**

V.

**JOHN E. POTTER, POSTMATER**
**GENERAL, UNITED STAES POSTAL**
**SERVICE**
**Defendant**　　　　　　　　　　January 8th, 2004

## CERTIFICATION OF SERVICE

　　　I Isaac L. Smith do certify that I caused a copy of this notice and the foregoing **"PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF DEPOSITION"** to be HAND DELIVERED TO THE OFFICE OF: CAROLYN A. IKARI

JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES ATTORNEY
C/O CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, room 328
Hartford, Connecticut 06103

X _____
Isaac L. Smith (Pro-Se)  Plaintiff
40-Sycaway ST.
West Haven CT. 06516
203-387-7806

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISAAC L. SMITH, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV00471(DJS) |
| v. | : | |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES, | : | |
| Defendant. | : | JANUARY 2, 2004 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for the defendant will take the oral deposition of **Isaac Smith** at 10:00 a.m. on Monday, January 12, 2004 at the U.S. Attorney's Office, 450 Main Street, Room 328, Hartford, Connecticut, before Falzarano Court Reporters or other certified court reporter. Absent objection, this deposition will be taken by Law Student Intern Kevin Ahern of the Office of the U.S. Attorney.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

# EXHIBIT B

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail and via certified mail, return receipt requested, this 2nd day of January, 2004, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY

-2-