UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAAC L. SMITH<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv471(DJS) |
| JOHN E. POTTER, POSTMASTER<br>GENERAL, UNITED STATES POSTAL<br>SERVICE<br>    Defendant | : |

## ORDER

The Motion for Extension of Time to Complete Discovery (Doc. #22) is hereby **GRANTED in part.** Discovery shall be completed on **March 15, 2004**. Dispositive motions shall be filed by **April 15, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **May 14, 2004**. This case shall be trial ready **June 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  30th   day of January, 2004

 /s/DJS
Dominic J. Squatrito
United States District Judge