# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 FEB 23 P 3: 31

DISTRICT COURT
HARTFORD, CT.

**ISAAC L. SMITH**
**Plaintiff**

3:03CV00471(DJS)

**V.**

**JONE E. POTTER, POSTMASTER**
**GENERAL, UNITED STAES POSTAL**
**SERVICE**
**Defendant**

**February 23rd, 2004**

# PLAINTIFF'S MOTION
# FOR AN EXTENSION OF TIME
# <u>TO FILE REPORTS FROM PLINTIFF'S EXPERTS</u>

The Plaintiff pursuant to Local Federal Rules Of Civil Procedure 9 (c) hereby

requests an extension of time to comply with the courts order of Janurary 26th, 2004

ordering the plaintiff to file an opposition regarding the Plaintiffs Motion For Summary

Judgement.

The plaintiff requests that this court grant an extension untill the 3rd of March

2004.        The plaintiff on February 23rd, at 2:16pm am called Assistant U.S.

Attorney  Carolyn A. Ikari office and was unable to get through to her, thus her position is

unknown at this time.

Wherefore the plaintiff respectfully request that the court grant's this motion.

X _Isaac L. Smith_

Isaac L. Smith (Pro-Se)  Plaintiff
40-Sycaway ST.West Haven CT.  06516

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**ISAAC L. SMITH**
**Plaintiff**

**3:03CV00471 (DJS)**

**V.**

**JONE E. POTTER, POSTMATER**
**GENERAL, UNITED STAES POSTAL**
**SERVICE**
**Defendant**

February 23rd, 2004

## CERTIFICATION OF SERVICE

I Isaac L. Smith do certify that I caused a copy of this notice and the foregoing **"PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT"** to be hand delivered on **February 23rd, 2004**
to:

JOHN E. POTTER, POSTMASTER
GENERAL  OF THE UNITED STATES ATTORNEY
C/O CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, room 328
Hartford, Connecticut 06103

X _Isaac L. Smith_
Isaac L. Smith (Pro-Se)  Plaintiff
40-Sycaway ST.West Haven CT.  06516