# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED** 2004 FEB 23 P 3:31

ISAAC L. SMITH                           3:03CV00471(DJS)
Plaintiff

V.

JONE E. POTTER, POSTMASTER
GENERAL, UNITED STAES POSTAL
SERVICE
Defendant                                February 23rd, 2004

## PLAINTIFF'S MOTION
## FOR AN EXTENSION OF TIME
## TO FILE REPORTS FROM PLINTIFF'S EXPERTS

The Plaintiff pursuant to Local Federal Rules Of Civil Procedure 9 (c) hereby requests an extension of time to comply with the courts order of Janurary 26th, 2004 ordering the plaintiff to file an opposition regarding the Plaintiffs Motion For Summary Judgement.

The plaintiff requests that this court grant an extension untill the 3rd of March 2004. The plaintiff on February 23rd, at 2:16pm am called Assistant U.S. Attorney Carolyn A. Ikari office and was unable to get through to her, thus her position is unknown at this time.

Wherefore the plaintiff respectfully request that the court grant's this motion.

/s/ Isaac L. Smith
Isaac L. Smith (Pro-Se) Plaintiff
40-Sycaway ST. West Haven CT. 06516

---

*Margin annotations:*

February 25, 2004. This motion shall be treated at a Motion for Extension of Time to File an Opposition to a Motion for Summary Judgment. This motion is hereby GRANTED to and including March 3, 2004.

Dominic J. Squatrito, USDJ