UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 MAR -3  P 3: 52

ISAAC L. SMITH      3:03CV00471(DJS)
Plaintiff                                U.S. DISTRICT COURT
                                         HARTFORD, CT.

V.

JONE E. POTTER, POSTMASTER
GENERAL, UNITED STAES POSTAL
SERVICE
Defendant                            March 03, 2004

## PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND OR SUMMARY JUDGEMENT

The Plaintiff hereby opposes the defendant's motion to dismiss and or the motion for Summary Judgement to dismiss the above captioned action.

The Plaintiff opposes the dismissal of this action on the grounds that there are genuine issues of material fact in dispute to be presented at trial.

There is a dispute as to weather or not Part Time Flexible Employees hereafter referred to as (PTF's) non-unionized carriers who do the same job as Permanent Employees hereafter referred to as (PE) unionized are treated differently by the United States Postal Service hereafter referred to as (USPS) because of their classification of being (PE) vs. (PTF) employee.

There is a dispute as to weather or not a PTF is retaliated on by the (USPS) for being injured on the job during the first 89 days of their employment.

The letter from MR. Charles B. Page President of the National Association of Letter Carriers hereafter referred to as the (NALC) has outlined in his letter a copy (marked exhibit a attached hereto and by this reference made a part hereof).

The unwritten Policy of the (USPS) violates and deprives (PTF) of the equal protection of the law clause of the V and XIV Amendments to the United States Constitution because the (USPS) treats (PTF) non-unionized differently than the (PE) unionized who are in all other respects are the same and do the same job as carriers.

X _____

Isaac L. Smith
40-Sycway ST.
West Haven Ct. 06516