UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ISAAC L. SMITH                             3:03CV00471(DJS)
Plaintiff

V.

JONE E. POTTER, POSTMASTER
GENERAL, UNITED STAES POSTAL
SERVICE
Defendant                                  March 03,2004

## PLAINTIFFS MEMORANDIUM OF LAW OPPOSITION TO MOTION TO DISMISS AND OR SUMMARY JUDGEMENT

It is the burden of the party moving for Summary Judgment to establish that there are no genuine issues of material fact in dispute, and that the moving party is entitled to a judgment as a matter of law; *Anderson v. Liberty Lobby, Inc. 477 U.S. 242.*   As in *Finley v. Giacolle,* 79 F. 3d 1285 1291 (2d Cir. 1996) If there is any evidence outside of the record from which a reasonable inference could be drawn in favor of the Opposing Party Summary Judgment is improper (Exhibit A) substantiates that there are genuine issues of material fact that have been raised by the Plaintiff.   Quoting *First National Bank Of Arizona v. Cities Service Co.* 391 U.S. 253, 88 S. ct. 1575,20 L. Fd. 2d 569 (1968).

In deciding a Motion for Summary Judgment all reasonable inferences and any ambiguities must be drawn in favor of the non-moving party; Thompson v. Gjivoje 896 F. 2d 716, 720 (2d Cir. (1990).

Exhibit A is direct evidence that the plaintiff claim should survive the defendants Motion for Summary Judgment See. Smith v. F.W. Morse & Co., Inc 76 F. 3d 413, 421 (1st Cir. 1996); Smith v. Brown , 978 F. Supp. 806, 817 (N.D. Ill. 1997).

x /s/ Isaac L. Smith

Isaac L. Smith
40-Sycway ST.
West Haven Ct. 06516

# EXHIBIT A



## NATIONAL ASSOCIATION OF LETTER CARRIERS

NUTMEG BRANCH 19 23 BROCK STREET, UNIT B2, NORTH HAVEN, CT. 06473
Telephone: (203) 777-NALC (6252)                    Fax: (203) 777-4178

**CHARLES B. PAGE**
**PRESIDENT**

December 2, 2003

To Whom It May Concern;

I have been the president of the National Association of Letter Carriers, Branch 19, for the past four (4) years. Branch 19 represents all of the Letter Carriers in New Haven and the surrounding towns, plus Branford, Guilford, Clinton, Deep River, North Haven, Cheshire and Wallingford with approximately 600 active members. Prior to 4 years ago, I was the vice-president for thirteen (13) years and I worked as the Regional Administrative Assistant for the New England Region for approximately three (3) years.

The Postal Service has the right to terminate employees during their probationary period without having just cause. It has been my experience that the Postal Service has utilized this right in the offices represented by Branch 19 to terminate probationary employees who have had accidents, either industrial or motor vehicle, during their first 89 days on the job.

Sincerely,

*Charles B. Page*

Charles B. Page, President
NALC, Branch 19

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ISAAC L. SMITH  
Plaintiff

3:03CV00471(DJS)

V.

JONE E. POTTER, POSTMASTER  
GENERAL, UNITED STAES POSTAL  
SERVICE  
Defendant

March 03, 2004

## **CERTIFICATION OF SERVICE**

    I Isaac L. Smith do certify that I caused a copy of this notice and the foregoing "**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS MOTION TO DISMISS AND OR SUMMARY JUDGMENT**" and "**MEMORANDIUM OF LAW IN SUPPORT**" to be hand delivered to:   *ATTACHED AFFIDAVIT.*

JOHN E. POTTER, POSTMASTER  
GENERAL OF THE UNITED STATES ATTORNEY  
C/O CAROLYN A. IKARI  
ASSISTANT U.S. ATTORNEY  
450 Main Street, room 328  
Hartford, Connecticut 06103

X _____

Isaac L. Smith  
40-Sycway ST.  
West Haven Ct. 06516

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**ISAAC L. SMITH**  3:03CV00471(DJS)
**Plaintiff**

V.

**JONE E. POTTER, POSTMASTER
GENERAL, UNITED STAES POSTAL
SERVICE
Defendant**  March 03,2004

## AFFIDAVIT OF ISAAC L. SMITH

I, the undersigned, Isaac L. Smith of 40 Sycaway Street West Haven Ct. 06516 being duly sworn, depose and do say the following:
1. I am more than 18 years of age and know and understand the significance and obligations of an oath:
   This is a 42 U.S.C.S sections 1981, 1983 claim and 42 U.S.C.S Title VII section 2000e et seq.
   The (USPS) has an unwritten policy of terminating Part Time non employees who are not unionized who get injured while Permanent employees who are unionized.
   The Plaintiff believes that this is a violation of the equal protection clause of the V and XIV Amendments to the United States Constitution.

I Isaac L. Smith, have read this affidavit, and do hereby state that the above is true and correct.

X _____
Isaac L. Smith  Affiant

Subscribed and sworn to before me on this __3 rd__ day of __March__, 2004.

NOTARY SEAL X _____
NOTARY PUBLIC

1