# UNITED STATES DISTRICT COURT FILED
## DISTRICT OF CONNECTICUT

2004 MAR 11  P 4: 32

ISAAC L. SMITH  
Plaintiff

3:03CV00471(DJS)

DISTRICT COURT  
HARTFORD CT

V.

JONE E. POTTER, POSTMASTER  
GENERAL, UNITED STAES POSTAL  
SERVICE  
Defendant

March 11, 2004

## PLAINTIFF'S REQUEST FOR DEFENDANT TO DISCLOUSE IN WRITING THE QUESTIONS AND SCOPE OF QUESTIONS AND OR SUBMIT INTERROGATORIES PRIOR TO SCHEDULING DEPOSITION

Pursuant to Local Federal Rules Of Civil Procedure 26 (a) (4) the plaintiff request that the defendant disclose in writing the proposed questions and scope of question's and or submit interrogatories.

The purpose of the request for interrogatories is to enable the plaintiff to be prepared to answer the questioins at any deposition Pursuant to Local Federal Rules Of Civil Procedure 26 (b) Discovery Scope and Limits.

X _____  
Isaac L. Smith (Pro-Se) Plaintiff  
40-Sycaway ST.  
West Haven CT. 06516  
203-387-7806

1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ISAAC L. SMITH  
Plaintiff

3:03CV00471(DJS)

V.

JOHN E. POTTER, POSTMASTER  
GENERAL, UNITED STAES POSTAL  
SERVICE  
Defendant

March 11, 2004

## **CERTIFICATION OF SERVICE**

I Isaac L. Smith do certify that I caused a copy of this notice and the foregoing **"PLAINTIFF'S REQUEST FOR DEFENDANT TO DISCLOUSE IN WRITING THE QUESTIONS AND SCOPE OF QUESTIONS AND OR SUBMIT INTERROGATORIES PRIOR TO SCHEDULING DEPOSITION"** to be HAND DELIVERED TO THE OFFICE OF: CAROLYN A. IKARI

JOHN E. POTTER, POSTMASTER  
GENERAL OF THE UNITED STATES ATTORNEY  
C/O CAROLYN A. IKARI  
ASSISTANT U.S. ATTORNEY  
450 Main Street, room 328  
Hartford, Connecticut 06103

X _/s/ Isaac L. Smith_  
Isaac L. Smith (Pro-Se) Plaintiff  
40-Sycaway ST.  
West Haven CT. 06516  
203-387-7806