UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ISAAC L. SMITH,                :
            Plaintiff,         :   CIVIL NO. 3:03CV00471(DJS)
      v.                       :
JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES,  :
            Defendant.         :   MARCH 12, 2004
```

## DEFENDANT'S RULE 37(d) MOTION FOR SANCTIONS AND RULE 37(a) MOTION TO COMPEL DEPOSITION

The defendant Postmaster General of the United States respectfully moves pursuant to Rule 37(d), Fed. R. Civ. P., for reimbursement for $149.00 in court reporter expenses as sanctions for failing to cooperate in discovery and refusing to be deposed. The defendant also seeks an order pursuant to Rule 37(a) that, in the event the pending motion for judgment on the pleadings is denied, Plaintiff must appear and testify at his deposition within 30 days of the denial of Defendant's motion.

In support of this motion, Defendant relies on the accompanying memorandum of law and Declaration pursuant to Rules

**ORAL ARGUMENT IS NOT REQUESTED**

7(a) and 37(a)2 of the Local Rules of Civil Procedure.

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                            CAROLYN A. IKARI
                                            ASSISTANT U.S. ATTORNEY
                                            450 Main Street
                                            Hartford, Connecticut  06103
                                            (860) 947-1101
                                            Fed. Bar No. ct13437

## **CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 12th day of March, 2004, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516

                                            _____
                                            CAROLYN A. IKARI