**FILE COPY**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ISAAC L. SMITH,                          :

          Plaintiff,           :    CIVIL NO. 3:03CV00471(DJS)

      v.                                 :

JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES, :

          Defendant.          :    JANUARY 2, 2004


## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for the defendant will take the oral deposition of **Isaac Smith** at 10:00 a.m. on Monday, January 12, 2004 at the U.S. Attorney's Office, 450 Main Street, Room 328, Hartford, Connecticut, before Falzarano Court Reporters or other certified court reporter. Absent objection, this deposition will be taken by Law Student Intern Kevin Ahern of the Office of the U.S. Attorney.

               Respectfully submitted,

               KEVIN J. O'CONNOR
               UNITED STATES ATTORNEY

               CAROLYN A. IKARI
               ASSISTANT UNITED STATES ATTORNEY
               450 Main Street, Room 328
               Hartford, Connecticut  06103
               (860) 947-1101
               Federal Bar No. ct13437


EXHIBIT A

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail and via certified mail, return receipt requested, this 2nd day of January, 2004, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY

-2-

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Edward Smith_  ☐ Agent  ☑ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery  1/8/04 |
| 1. Article Addressed to:<br><br>Isaac Smith<br>40 Sycaway Street<br>WEST HAVEN, CT<br>06516 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 0510 0003 8107 0950 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-2509



APENA

HARTFORD
OFFICE

ROOM 309
BRIDGEPORT, CT 06604

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

ess, and ZIP+4 in this box •

RECEIVED

23

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To    Isaac Smith

Street, Apt. No. or PO Box No.

City, State, ZIP+4

PS Form 3800, January 2001          See Reverse for Instructions

7002 0510 0003 8107 0950

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ISAAC L. SMITH
Plaintiff

3:03CV00471(DJS)

V.

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STAES POSTAL
SERVICE
Defendant

January 8th ,2004

## PLAINTIFF'S RESPONSE TO
## DEFENDANT'S NOTICE OF DEPOSITION

The Plaintiff hereby responds to the defendant's NOTICE OF
DEPOSITION that the Plaintiff received on this 8th, day of January, 2004 the
notification is regarding a January 12th, 2004 Deposition hearing a copy is
(marked exhibits a ,b attached hereto and by this reference made a part hereof).
I will be unavailable from the 10th of January 2004 due to a family emergency that
will take me out of the state of Connecticut for several weeks.    By February the
13th, 2004 the Plaintiff will contact opposing counsel in writing so that a time that
is acceptable to both parties can be reached.

x _Isaac L. Smith_

Isaac L. Smith (Pro-Se)  Plaintiff
40-Sycaway ST.
West Haven CT. 06516
203-387-7806

EXHIBIT B

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**ISAAC L. SMITH**
**Plaintiff**                                    3:03CV00471 (DJS)


**V.**


**JOHN E. POTTER, POSTMATER**
**GENERAL, UNITED STAES POSTAL**
**SERVICE**
**Defendant**                                    January 8th,2004

## CERTIFICATION OF SERVICE

    I Isaac L. Smith do certify that I caused a copy of this notice and the foregoing "**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF DEPOSITION**" to be HAND DELIVERED TO THE OFFICE OF: CAROLYN A. IKARI

JOHN E. POTTER, POSTMASTER
GENERAL  OF THE UNITED STATES ATTORNEY
C/O CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, room 328
Hartford, Connecticut 06103


X _Isaac L. Smith_
Isaac L. Smith (Pro-Se)  Plaintiff
40-Sycaway ST.
West Haven CT. 06516
203-387-7806

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ISAAC L. SMITH,                          :

            Plaintiff,      :      CIVIL NO. 3:03CV00471(DJS)

      v.                                 :

JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES, :

           Defendant.      :      JANUARY 2, 2004


## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for the defendant will take
the oral deposition of **Isaac Smith** at 10:00 a.m. on Monday,
January 12, 2004 at the U.S. Attorney's Office, 450 Main Street,
Room 328, Hartford, Connecticut, before Falzarano Court Reporters
or other certified court reporter.  Absent objection, this
deposition will be taken by Law Student Intern Kevin Ahern of the
Office of the U.S. Attorney.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

# EXHIBIT B

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail and via certified mail, return receipt requested, this 2nd day of January, 2004, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY

-2-

**FILE COPY**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ISAAC L. SMITH,                          :

              Plaintiff,          :    CIVIL NO. 3:03CV00471(DJS)

    v.                                   :

JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES, :

             Defendant.          :    FEBRUARY 27, 2004

### AMENDED NOTICE OF DEPOSITION

    PLEASE TAKE NOTICE that counsel for the defendant will take
the oral deposition of **Isaac Smith** at 10:00 a.m. on Friday, March
12, 2004 at the U.S. Attorney's Office, 450 Main Street, Room
328, Hartford, Connecticut, before Falzarano Court Reporters or
other certified court reporter.  Absent objection, this
deposition will be taken by Law Student Intern Kevin Ahern of the
Office of the U.S. Attorney.

                 Respectfully submitted,

                 KEVIN J. O'CONNOR
                 UNITED STATES ATTORNEY

                 CAROLYN A. IKARI
                 ASSISTANT UNITED STATES ATTORNEY
                 450 Main Street, Room 328
                 Hartford, Connecticut  06103
                 (860) 947-1101
                 Federal Bar No. ct13437

            EXHIBIT C

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail and via certified mail, return receipt requested, this 27th day of February, 2004, to:

Isaac L. Smith
40 Sycaway Street
West Haven, Connecticut  06516

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY

-2-



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark
Here

2-27-04

Sent To
Smith

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, January 2001                    See Reverse for Instructions

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Isaac L. Smith<br>40 Sycaway St.<br>W. Haven, CT<br>       06516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)     ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)*     7002 0510 0003 8107 0936 | |
| PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509 | |

EXHIBIT D



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. ATTORNEY'S OFFICE
450 MAIN STREET
ROOM 328
HARTFORD, CT  06103

RECEIVED
2004 MAR -2  P 1: 29
U.S. ATTORNEYS
HARTFORD, CONNECTICUT

05

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

ISAAC L. SMITH                             3:03CV00471(DJS)
Plaintiff

2004 MAR 11  P 4: 32

V.                                         DISTRICT COURT
                                           HARTFORD CT

JONE E. POTTER, POSTMASTER
GENERAL, UNITED STAES POSTAL
SERVICE
Defendant                                  March 11,2004

## PLAINTIFF'S REQUEST FOR
## DEFENDANT TO DISCLOUSE IN WRITING
## THE QUESTIONS AND SCOPE OF QUESTIONS AND OR
## SUBMIT INTERROGATORIES
## PRIOR TO SCHEDULING  DEPOSITION

Pursuant to Local Federal Rules Of Civil Procedure 26 (a) (4) the plaintiff

request that the defendant disclose in writing the proposed questions and scope

of question's and or submit interrogatories.

The purpose of the request for interrogatories is to enable the plaintiff to be

prepared to answer the questioins at any deposition Pursuant to Local Federal

Rules Of Civil Procedure 26 (b) Discovery Scope and Limits.


X _Isaac L. Smith_____
Isaac L. Smith (Pro-Se)  Plaintiff
40-Sycaway ST.
West Haven CT. 06516
203-387-7806


EXHIBIT E


1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ISAAC L. SMITH
**Plaintiff**                                    3:03CV00471(DJS)


**V.**


JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STAES POSTAL
SERVICE
**Defendant**                              March 11,2004

## CERTIFICATION OF SERVICE

    I Isaac L. Smith do certify that I caused a copy of this notice and the foregoing
**"PLAINTIFF'S REQUEST FOR DEFENDANT TO DISCLOUSE IN WRITING
THE QUESTIONS AND SCOPE OF QUESTIONS AND OR SUBMIT
INTERROGATORIES PRIOR TO SCHEDULING  DEPOSITION"** to be HAND
DELIVERED TO THE OFFICE OF: CAROLYN A. IKARI

JOHN E. POTTER, POSTMASTER
GENERAL  OF THE UNITED STATES ATTORNEY
C/O CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, room 328
Hartford, Connecticut 06103

X _Isaac L. Smith_
Isaac L. Smith (Pro-Se)  Plaintiff
40-Sycaway ST.
West Haven CT. 06516
203-387-7806

2

USAO Delivery Tickets

117 N. Saddle Ridge
West Simsbury, CT 06092

*Carolyn Ikari*

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/12/2004 | 48 |

**BILL TO**

Ms. Susan Scott    2XTBPA-7171
U.S. Attorney's Office
P.O. Box 1824
New Haven, CT 06508
203.821.3700FAX 773.5176

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| 3-12-04 | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Proposed Deposition of | | |
| | ISAAC SMITH | | |
| | AUTH # 014-05-037 DEP | | |
| | | | |
| | Cancellation Fee - Less than 24 hours | 75.00 | 75.00 |
| | USAO Appearance Fee - Deposition | 74.00 | 74.00 |
| | | | |
| | Reporter, LAB | | |

| | **Total** | $149.00 |
|---|---|---|

EXHIBIT F