UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ISAAC L. SMITH,

   Plaintiff,

v.     No. 3:03CV471(DJS)

JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES,

   Defendant.

### ORDER

Now pending in the above-captioned matter are two motions related to discovery: (1) plaintiff's motion for defendant to disclose in writing the questions and scope of questions and or submit interrogatories prior to scheduling depositions (dkt. # 28); and (2) defendant's motion for sanctions (dkt. # 29).

Plaintiff's motion (dkt. # 28) is **DENIED**. Plaintiff, as a party to this action, may be compelled to give testimony at a deposition. The subject matter of the deposition is, generally speaking, the claims set forth in plaintiff's complaint, including the events giving rise to the complaint, and any damages plaintiff claims. Defendant is under no obligation to present specific questions to plaintiff prior to the deposition.

Defendant's motion (dkt. # 29) is **GRANTED in part** and **DENIED in part**. Specifically, plaintiff shall appear and testify at a deposition within forty-five (45) days of the court's decision on defendant's motion for judgment on the pleadings (dkt. # 15).

Should plaintiff fail to do so, the court may impose sanctions, including dismissal of this lawsuit. In all other respects, defendant's motion (dkt. # 29) is **DENIED**.

So ordered this 24th day of March, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE