UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAAC L. SMITH | : |
| | : |
| v. | : CASE NO. 3:03CV471 (DJS) |
| | : |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES | : |
| | : |

## JUDGMENT

This action having come on for consideration of defendant's motion for summary judgment (dkt. # 15) before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 2nd day of August 2004.

KEVIN F. ROWE, Clerk

/s/
Terri Glynn
Deputy Clerk